IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00842-REB-KMT


KATHIE BACH,

     Plaintiff,

v.

HYATT CORPORATION, d/b/a Grand Hyatt Denver,

     Defendant.

---

**ORDER**

---

     This matter is before the court on "Defendant's Motion for Leave to Add Third Party Defendant." [Doc. No. 20, filed September 11, 2008]. Although the disclaimer pursuant to D.C.COLO.L.CivR. 7.1 states that "Plaintiff opposes this Motion," Plaintiff filed a Response on September 26, 2008 indicating she "does not object" to the addition of Interserve Group, Inc. as a Third Party Defendant. [Doc. No. 22].

     Wherefore, it is **ORDERED**

     Defendant's Motion for Leave to Add Third Party Defendant [Doc. No. 20] is

**GRANTED** and Defendant Hyatt Corporation's Third-Party Complaint Pursuant to F.R.C.P. 14

[Doc. No. 20-2] **will be filed by the Clerk of the Court**.

Dated this 23d day of January, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge