IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00842-REB-KMT

KATHIE BACH,

    Plaintiff,

v.

HYATT CORPORATION, d/b/a Grand Hyatt Denver,

    Defendant,

and

HYATT CORPORATION, d/b/a Grand Hyatt Denver,

    Third Party Plaintiff,

v.

INTERSERV GROUP, INC.

    Third Party Defendant.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion for Protective Order" (Doc. No. 53, filed March 16, 2009) is DENIED for failure to confer under local rule 7.1A.

In addition, in submitting another motion for protective order, the parties should follow the guidelines set forth in *Gillard v. Boulder Valley School District*, 196 F.R.D. 382 (D. Colo. 2000).

Dated: March 17, 2009