**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.**   08-cv-00842-REB-KMT                FTR

**Date:**  May 15, 2009                                           Debra Brown, Deputy Clerk

KATHIE BACH                                                     Marc F. Bendinelli
                                                                          Rebecca Albano
                                Plaintiff.

v.

HYATT CORPORATION                                        Matthew Allan Holmes
INTERSERV GROUP, INC.                                   Todd Evan Jaworsky

                                Defendants.

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**MOTIONS HEARING**

**Court in session: 9:07n a.m.**

Court calls case.  Appearances of counsel.

Plaintiff's "MOTION to Supplement Plaintiff's F.R.C.P. 26(a)(2) Expert Disclosures" [Document #62, filed March 31, 2009], Third Party Plaintiff's "MOTION For Extension of Time to Complete Lay Discovery and to File Rule 26 Expert Disclosures" [Document #66, filed April 15, 2009] and Plaintiff's "First MOTION to Amend/Correct/Modify Case Management Order, Stay All Case Deadlines, and Motion for Telephonic Hearing" [Document #69, filed April 15, 2009] are at issue:

Court's findings and ruling:

**ORDERED:**     Documents numbered 62, 66 and 69 are **GRANTED** with respect to setting of new deadlines to accommodate the new party and other issues:

The following deadlines are extended as follows:

Discovery Deadline October 16, 2009
Dispositive Motions Deadline November 16, 2009
Plaintiff's Disclosure of Experts August 01, 2009
Defendant's  Disclosure of Experts August 01, 2009
Defendant's Rebuttal of Plaintiff's Experts September 01, 2009
Plaintiff's Rebuttal of Defendant's Experts September 01, 2009

**FINAL PRETRIAL CONFERENCE** set for **January 26, 2010 at 9:30 a.m. in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**

Valid photo identification is required to enter the courthouse.  The proposed final pretrial order shall be filed, and then sent as a Word or WordPerfect attachment to Tafoya_Chambers@cod.uscourts.gov **five (5) business days prior to Final Pretrial Conference**.  In the subject line of the e-mail, counsel shall list the case number, short caption, and "proposed final pretrial order."  (See www.cod.uscourts.gov for more information.)

**ORDERED:**        Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.

**Court in recess: 9:26 a.m.**

Total In-Court Time 0:19; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.