**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00842-REB-KMT

KATHIE BACH,

    Plaintiff,

v.

HYATT CORPORATION, d/b/a GRAND HYATT DENVER,

    Defendant.

---

## MINUTE ORDER[1]

---

In light of the settlement of this case, which has been reported to the court by the parties, the following motions are **DENIED** as moot:

- **Combined Motion and Brief in Support of Motion For Summary Judgment** [#70] filed April 28, 2009;

- **Hyatt's F.R.C.P. 56 Motion For Summary Judgment** [#80] filed June 29, 2009;

- **Combined Motion and Brief in Support of Second Motion For Summary Judgment** [#139] filed November 11, 2009;

- **Defendant Hyatt Corporation's Motion For Partial Summary Judgment re Plaintiff's Negligence Claim** [#143] filed November 16, 2009;

- **Plaintiff's Motion For Summary Judgment re: Plaintiff's Workers' Compensation Benefits as a Collateral Source** [#146] filed November 16, 2009;

- **Plaintiff's Motion For Summary Judgment re: Plaintiff's Medicare Benefits as Collateral Source** [#147] filed November 16, 2009;

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

- **Plaintiff's Motion *in Limine* re: Plaintiff's Employment Discrimination Lawsuit** [#188] filed February 22, 2010;

- **Plaintiff's Motion *in Limine* re: Plaintiff's Prior Automobile Collision and Two Prior Slip and Fall Incidents** [#189] filed February 22, 2010;

- **Plaintiff's Motion To Bifurcate Any and All Proceedings That Involve Defendant Hyatt's Requested Post-Trial Relief Against Third-Party Defendant Interserv** [#191] filed February 22, 2010; and

- **Plaintiff's Motion *in Limine* re: Prior Unrelated Medical Surgeries, Chiropractic Treatment and Medical Treatment Over 10 Years Ago** [#192] filed February 22, 2010.

Dated: March 11, 2010